# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0673.  STANLEY STEED et al. v. MASTEC NORTH AMERICA, INC. et al.**

Following plaintiffs Stanley Steed, Constance Steed, and Steed's Service Company, Inc.,'s dismissal of all claims in this civil case, defendants Mastec North America, Inc., Ace American Ins. Company, and Esis, Inc. filed a motion for attorney fees pursuant to OCGA § 9-15-14. The trial court granted the motion, and the plaintiffs filed this direct appeal. We lack jurisdiction.

Appeals from orders granting or denying attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10).  The plaintiffs' failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840 (560 SE2d 730) (2002); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/10/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*